NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Daniel Malakauskas, Esq.
Malakauskas Law, APC.
7245 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: 866-790-2242

ATTORNEY(S) FOR: Frank Singh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Frank Singh

Plaintiff(s),

v.

Playhouse Restaurant Group, LLC, et al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Frank Singh or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Frank Singh | Plaintiff |
| Playhouse Restaurant Group, LLC | Defendant |
| Pasadena Playhouse, LLC | Defendant |

September 29, 2019
Date

/s/Daniel Malakauskas
Signature

Attorney of record for (or name of party appearing in pro per):

/s/Frank Singh