DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Frank Singh**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**,<br><br>Plaintiff,<br><br>v.<br><br>**PLAYHOUSE RESTAURANT GROUP, LLC**, as an entity and doing business as "Trejo's Cantina", **PASADENA PLAYHOUSE, LLC,** and **DOES** 1-50, Inclusive,<br><br>Defendants. | Case No.: 5:19-cv-2293-JGB-SHK<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:  February 3rd, 2020                               Respectfully Submitted,

                                                                        /s/Daniel Malakauskas
                                                                        By: Daniel Malakauskas, of,
                                                                        MALAKAUSKAS LAW, APC,
                                                                        Attorney for Plaintiff